**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-----------------------------------------------------------X

MEDICIS PHARMACEUTICAL
CORPORATION, ET AL.,

Civil Action No. 11-CV-409 (LPS) (CJB)

Plaintiffs,

-against-

AFFIDAVIT OF SERVICE

ACTAVIS MID-ATLANTIC LLC,

Defendant.
-----------------------------------------------------------X

STATE OF COLORADO  )
                S.S.:
COUNTY OF           )

    KIM ZAPPIA, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

    That on the 18th day of July, 2012, at approximately the time of 5:08 p.m., deponent served a true copy of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION upon ROBERT LATHROP at 1936 W. Stuart Street, Fort Collins, CO 80526 by personally delivering and leaving the same with ROBERT LATHROP at that address.

    ROBERT LATHROP is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 180 pounds with brown hair.

_KIM ZAPPIA_
KIM ZAPPIA

Sworn to before me this
23rd day of July, 2012

_John Chely_ Exp 4-1-2014
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com