**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
--------------------------------------------------------X
MEDICIS PHARMACEUTICAL
CORPORATION, ET AL.,

        Plaintiffs,

        -against-

ACTAVIS MID-ATLANTIC LLC,

        Defendant.
--------------------------------------------------------X

Civil Action No. 11-CV-409(LPS) (CJB)

AFFIDAVIT OF SERVICE

STATE OF COLORADO  )
                    S.S.:
COUNTY OF          )

      KIM ZAPPIA, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

      That on the 18th day of July, 2012, at approximately the time of 5:08 p.m., deponent served a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION upon ROBERT LATHROP at 1936 W. Stuart Street, Fort Collins, CO by personally delivering and leaving the same with ROBERT LATHROP at that address. At that time a witness fee in the amount of $43.36 was tendered.

      ROBERT LATHROP is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 180 pounds with brown hair.

_____
KIM ZAPPIA

Sworn to before me this
23rd day of July, 2012

_____ Exp 4-1-2014
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com