IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-409 (LPS) (CJB) ) |
| ACTAVIS MID ATLANTIC LLC, | ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Third-Party Debra Dow's Objections to Defendant Actavis Mid Atlantic LLC's Subpoena to Produce Documents* and (2) *Third-Party Gordon Dow's Objections to Defendant Actavis Mid Atlantic LLC's Subpoena to Produce Documents* were caused to be served on July 25, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire         *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire            *VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
Andrew Sterling, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire           *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jennifer Ying* |
| | Jack B. Blumenfeld (#1014) <br> Jennifer Ying (#5550) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 1 9899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jying@mnat.com |
| OF COUNSEL: | *Attorneys for Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc.* |
| Michael A. Sitzman <br> GIBSON, DUNN & CRUTCHER LLP <br> 555 Mission Street <br> San Francisco, California 94105-0921 <br> (415) 393-8200 | |
| Josh A. Krevitt <br> Joseph Evall <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, New York 10166-0193 <br> (212) 351-4000 | |
| Lauren Eber <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA  90071 <br> (213) 229-7000 | |

July 25, 2012
4279542.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>Andrew Sterling, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA  30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)