IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS MID ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 11-409 (LPS) (CJB) ) ) ) ) ) |

**AMENDED NOTICE OF DEPOSITION OF MAHESH CHAVAN PATIL**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc. (collectively, "Medicis"), by and through their attorneys, will take the deposition upon oral examination of Mahesh Chavan Patil, beginning on August 1, 2012, at 10:00 a.m. at the law offices of Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166 or at such other time and place as the parties mutually agree. The deposition will continue from day to day until completed per mutual agreement of the parties.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at trial or at any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jennifer Ying* |
|  | Jack B. Blumenfeld (#1014) |
| Michael A. Sitzman | Jennifer Ying (#5550) |
| GIBSON, DUNN & CRUTCHER LLP | 1201 North Market Street |
| 555 Mission Street, Suite 3000 | P.O. Box 1347 |
| San Francisco, California 94105-0921 | Wilmington, DE 19899 |
| (415) 254-0654 | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | jying@mnat.com |
| Joseph Evall |  |
| Josh A. Krevitt | *Attorneys for Medicis Pharmaceutical* |
| GIBSON, DUNN & CRUTCHER LLP | *Corporation and Dow Pharmaceutical* |
| 200 Park Avenue | *Sciences, Inc.* |
| New York, New York 10166-0193 |  |
| (212) 351-4000 |  |

Lauren E. Eber
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7748

July 26, 2012

6121882

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 26, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>Andrew Sterling, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA  30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

6121882