UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, DOW PHAMACEUTICAL SCIENCES, INC., and ALYZAN, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>ACTAVIS MID ATLANTIC, LLC,<br><br>          Defendant. | C.A. No. 1:11-cv-00409 (LPS) (CJB)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Actavis Mid Atlantic's Objections and Responses to Plaintiffs' Second Set of Requests for Admission (No. 34) and Defendant Actavis Mid Atlantic LLC's Objections and Responses to Plaintiffs' Fourth Set of Requests for Production of Documents and Things (Nos. 43-53) were served by electronic mail upon the following counsel of record on July 30, 2012:

Jack B. Blumenfeld, Esquire
E-mail: jblumenfeld@mnat.com
Morris Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200

Anne Y. Brody, Esquire
E-mail: abrody@gibsondunn.com
Tu-Quyen Pham, Esquire
E-mail: tpham@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Michael Sitzman, Esquire
E-mail: msitzman@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200

Jacob S. Sherkow, Esquire
E-mail: jsherkow@gibsondunn.com
Joseph Evall, Esquire
E-mail: jevall@gibsondun.com
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000


PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail:  dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Actavis Mid Atlantic LLC

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email:  philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY  10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email:  joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA  30309
(404) 881-7000

Dated:  July 30, 2012