IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-409 (LPS) (CJB) |
| ACTAVIS MID ATLANTIC LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF VIVEK DESAI

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc. ("Medicis"), by and through their attorneys, will take the deposition upon oral examination of Vivek Desai, beginning on August 17, 2012 at 9:30 a.m. at the law offices of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, Wilmington, DE 19801, or at such other time and place as the parties mutually agree, and will continue from day to day until completed per mutual agreement of the parties.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

You are invited to attend the depositions and participate to the extent permitted by the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Medicis Pharmaceutical*
*Corporation and Dow Pharmaceutical*
*Sciences, Inc.*

OF COUNSEL:

Josh A. Krevitt
Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA  94105-0921
(415) 393-8200

Lauren A. Eber
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

August 2, 2012
4279542.1

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                        *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire                           *VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
Andrew Sterling, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire                          *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

Jack B. Blumenfeld (#1014)