IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ACTAVIS MID ATLANTIC LLC,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-409 (LPS) (CJB)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff Dow's Objections and Responses to Defendant Actavis's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* and (2) *Plaintiff Medicis's Objections and Responses to Defendant Actavis's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on August 3, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                         *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire                                              *VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
Andrew Sterling, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire                                           *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| | Jack B. Blumenfeld (#1014) |
| | Jennifer Ying (#5550) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 1 9899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | jying@mnat.com |
| | *Attorneys for Plaintiffs* |
| OF COUNSEL: | |
| Michael A. Sitzman | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 555 Mission Street | |
| San Francisco, CA  94105-0921 | |
| (415) 393-8200 | |
| Josh A. Krevitt | |
| Joseph Evall | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY  10166-0193 | |
| (212) 351-4000 | |
| Lauren Eber | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 South Grand Avenue | |
| Los Angeles, CA  90071 | |
| (213) 229-7000 | |
| August 3, 2012 | |
| 4279542.1 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 3, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>Andrew Sterling, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA 30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)