UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION and DOW PHARMACEUTICAL SCIENCES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ACTAVIS MID ATLANTIC, LLC, <br><br>Defendant. | ) ) ) ) ) CIVIL ACTION NO. ) ) 1:11-CV-00409 (LPS) (CJB) ) ) ) ) ) ) ) ) |

## AMENDED NOTICE OF DEPOSITION OF DR. GORDON DOW

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Actavis Mid Atlantic, LLC ("Defendant"), by and through its attorneys, will take the deposition upon oral examination of Dr. Gordon Dow. The deposition will begin at 8:30 a.m. on August 16, 2012, at the offices of Gibson, Dunn & Crutcher, LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105 or at such other date, time and place as may be agreed upon by counsel for the parties.

The deposition will be taken before a notary public or some other person authorized by law to administer oaths pursuant to Rule 28(a) of the Federal Rules of Civil Procedure. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription (*e.g.,* LiveNote).

You are invited to attend and to cross-examine in accordance with the Federal Rules of Civil Procedure.

- 2 -

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Defendant Actavis Mid Atlantic LLC*

OF COUNSEL:

Philippe Bennett
Natalie C. Clayton (NY 4409538)
Alston & Bird LLP
90 Park Avenue, Suite #1200
New York, NY 10016
Phone: (212) 210-9559
philippe.bennett@alston.com
natalie.clayton@alston.com

Joseph J. Gleason (GA 297202)
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
joe.gleason@alston.com

*Attorneys for Defendant Actavis Mid Atlantic LLC*

Dated: August 15, 2012