UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, DOW PHAMACEUTICAL SCIENCES, INC., and ALYZAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS MID ATLANTIC, LLC, <br><br> Defendant. | C.A. No. 1:11-cv-00409 (LPS) (CJB) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DEPOSITION OF VINCE IPPOLITO

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Actavis Mid Atlantic, LLC ("Defendant"), by and through its attorneys, will take the deposition upon oral examination of Vince Ippolito. The deposition will begin at 9:00 a.m. on September 7, 2012, at the offices of Sacks Tierney P.A., 4250 North Drinkwater Boulevard, Fourth Floor, Scottsdale, Arizona 85251-3693, or at such other date, time and place as may be agreed upon by counsel for the parties.

The deposition will be taken before a notary public or some other person authorized by law to administer oaths pursuant to Rule 28(a) of the Federal Rules of Civil Procedure. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription (*e.g.*, LiveNote).

You are invited to attend and to cross-examine in accordance with the Federal Rules of Civil Procedure.

- 2 -

                              PROCTOR HEYMAN LLP

                              */s/ Dominick T. Gattuso*
                              Dominick T. Gattuso (# 3630)
                              E-mail: dgattuso@proctorheyman.com
                              300 Delaware Avenue, Suite 200
                              Wilmington, DE 19801
                              (302) 472-7300

                              Attorneys for Defendant Actavis Mid Atlantic LLC

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email: philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY 10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email: joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: August 16, 2012