IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-409 (LPS) (CJB) |
| ACTAVIS MID ATLANTIC LLC, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Objections And Second Supplemental Response To Defendant's First Set Of Interrogatories (No. 3) To Plaintiffs;* (2) *Plaintiffs' Objections And Third Supplemental Response To Defendant Actavis's Interrogatory No. 7;* and (3) *Plaintiffs Medicis And Dow's Amended Second Supplemental Objections And Responses To Defendant's Interrogatory No. 1 (Re: Literal Infringement)* were caused to be served on August 17, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
Andrew Sterling, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jennifer Ying*

        _____
        Jack B. Blumenfeld (#1014)
        Jennifer Ying (#5550)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 1 9899
        (302) 658-9200
        jblumenfeld@mnat.com
        jying@mnat.com

        *Attorneys for Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc.*

OF COUNSEL:

Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
(415) 393-8200

Josh A. Krevitt
Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

Anne Y. Brody
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800

Lauren E. Eber
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7748

August 17, 2012
6259775.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 17, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>Andrew Sterling, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA  30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)