IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC.,

          Plaintiffs,

          v.

ACTAVIS MID ATLANTIC LLC,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

C.A. No. 11-409 (LPS) (CJB)

**AMENDMENT TO PLAINTIFFS MEDICIS PHARMACEUTICAL
CORPORATION AND DOW PHARMACEUTICAL SCIENCES, INC.'S
FIRST NOTICE OF DEPOSITION UNDER FEDERAL RULE OF CIVIL
<u>PROCEDURE 30(B)(6) TO DEFENDANT</u>**

PLEASE TAKE NOTICE that Topic 13 of Schedule A of Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc.'s First Notice of Deposition Under Federal Rule of Civil Procedure 30(b)(6) to Defendant, served July 19, 2012, is hereby amended to read as follows:

13.     How Actavis took the '383 patent into account in connection with the formulation of its proposed product.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Medicis Pharmaceutical
Corporation and Dow Pharmaceutical
Sciences, Inc.*

OF COUNSEL:

Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
(415) 393-8200

Josh A. Krevitt
Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

Lauren A. Eber
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7748

August 21, 2012
6280232.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                         *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire                            *VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
Andrew Sterling, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire                           *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424


/s/ Jennifer Ying
_____
Jennifer Ying (#5550)