IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 11-409 (LPS) (CJB) |
| v. | ) ) ) |
| ACTAVIS MID ATLANTIC LLC, | ) ) |
| Defendant. | ) |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc. (collectively, "Plaintiffs") and Defendant Actavis Mid Atlantic LLC ("Actavis") respectfully move this Court to schedule a teleconference to address outstanding discovery disputes.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on August 29, 2012 at 9:30 a.m., with counsel for Plaintiffs to initiate the call.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN LLP |
| */s/ Jennifer Ying* | */s/ Melissa N. Donimirski* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Jennifer Ying (#5550) | Melissa N. Donimirski (#4701) |
| 1201 North Market Street | 300 Delaware Avenue |
| P.O. Box 1347 | Suite 200 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 472-7300 |
| jblumenfeld@mnat.com | dgattuso@proctorheyman.com |
| jying@mnat.com | mdonimirski@proctorheyman.com |
| *Attorneys for Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc.* | *Attorneys for Actavis Mid Atlantic LLC* |

August 21, 2012
6280440