UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, DOW PHAMACEUTICAL SCIENCES, INC., and ALYZAN, INC., | : | |
| | : | C.A. No. 1:11-cv-00409 (LPS) (CJB) |
| Plaintiffs, | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| ACTAVIS MID ATLANTIC, LLC, | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Actavis Mid Atlantic's Objections and Responses to Plaintiffs' Amendment to its First Notice of Deposition Under Federal Rule of Civil Procedure 30(b)(6) to Defendant were served by electronic mail upon the following counsel of record on August 22, 2012:

Jack B. Blumenfeld, Esquire
E-mail: jblumenfeld@mnat.com
Jennifer Ying
E-mail: jying@mnat.com
Morris Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200

Anne Y. Brody, Esquire
E-mail: abrody@gibsondunn.com
Tu-Quyen Pham, Esquire
E-mail: tpham@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Michael Sitzman, Esquire
E-mail: msitzman@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200

Josh Krevitt
        E-mail: jkrevitt@gibsondunn.com
        Joseph Evall, Esquire
        E-mail: jevall@gibsondunn.com
        Gibson, Dunn & Crutcher, LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-4000


        PROCTOR HEYMAN LLP

        */s/ Dominick T. Gattuso*
        Dominick T. Gattuso (# 3630)
        E-mail: dgattuso@proctorheyman.com
        300 Delaware Avenue, Suite 200
        Wilmington, DE 19801
        (302) 472-7300

        Attorneys for Defendant Actavis Mid Atlantic LLC

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email: philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY 10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email: joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: August 23, 2012