IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS MID ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 11-409 (LPS) (CJB) ) ) ) ) ) |

## AMENDED NOTICE OF DEPOSITION OF ELIZABETH TROWBRIDGE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc. (collectively, "Medicis"), by and through their attorneys, will take the deposition upon oral examination of Elizabeth Trowbridge, beginning on August 30, 2012 at 9:30 a.m. at Gibbons P.C., One Gateway Center, Newark, NJ 07102, or at such other time and place as the parties mutually agree. The deposition will continue from day to day until completed per mutual agreement of the parties.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

As indicated by counsel for Defendant Actavis Mid-Atlantic LLC ("Actavis"), Ms. Trowbridge will serve as Actavis's designee for 30(b)(6) topics 5, 6, 8, 9, 21, and 22. In addition

to her testimony in her individual capacity, Ms. Trowbridge's testimony on these 30(b)(6) topics on behalf of Actavis will take place at the same date and time noticed above.

You are invited to attend the depositions and participate to the extent permitted by the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

OF COUNSEL:

Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
(415) 393-8200

Josh A. Krevitt
Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

Lauren A. Eber
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7748

August 28, 2012
6323751

*Attorneys for Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 28, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>Andrew Sterling, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY  10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA  30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)