# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 14, 2012

The Honorable Christopher J. Burke                                    *VIA ELECTRONIC FILING*
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Medicis Pharmaceutical Corporation v. Actavis Mid Atlantic, LLC*
            C.A. No. 11-409 (LPS) (CJB)

Dear Judge Burke:

      Plaintiffs submit this letter to seek relief from the Court's August 29, 2012 Order that Rule 30(b)(6) depositions be completed by September 14. At the time of the August 29 hearing, all of the 30(b)(6) deponents had been identified and deposition dates provided, except for a designee from Dow on six remaining topics. Following the hearing, Dow designated Valerie Graf to testify on those topics and her deposition is proceeding today, September 14. Two Medicis 30(b)(6) witnesses had been scheduled to testify on August 30 and 31, but Actavis cancelled them and asked for alternate dates to be provided. Unfortunately, due to other commitments of the witnesses and the upcoming Jewish holidays, these two witnesses cannot be made available until October 3 and 5. We have offered those dates to Actavis, but it has declined to proceed on those dates, citing this Court's August 29 Order. Although we believed that the Order applied to the remaining Dow witness, and not to the rescheduling of witnesses at Actavis's request, we nevertheless ask for relief from the Court to permit these depositions to proceed on October 3 and 5.

Respectfully,

Jack Blumenfeld

Jack B. Blumenfeld (#1014)

JBB/dlw
cc:   Clerk of Court (Via Hand Delivery)
       Dominick T. Gattuso, Esquire (Via Electronic Mail)
       Natalie C. Clayton, Esquire (Via Electronic Mail)
       Michael A. Sitzman, Esquire (Via Electronic Mail)