# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

October 11, 2012

The Honorable Christopher J. Burke                          *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Medicis Pharmaceutical Corporation v. Actavis Mid Atlantic, LLC*
C.A. No. 11-409 (LPS) (CJB)

Dear Judge Burke:

Pursuant to the Court's September 20, 2012 Oral Order and further to Plaintiffs' September 26, 2012 letter (D.I. 221), Plaintiffs Medicis and Dow write to advise the Court of the upcoming depositions scheduled in this case:

1. Actavis's deposition of Dr. Gordon Dow on October 12, 2012, at 8:45 a.m. PT in San Francisco, CA.

2. Plaintiffs' deposition of Hafrun Fridriksdottir on October 19, 2012. No time or location has been set yet.

Plaintiffs will continue to advise the Court of any additional depositions that are confirmed by the parties.

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)

JBB
cc: Clerk of Court (Via Hand Delivery)
    Dominick T. Gattuso, Esquire (Via Electronic Mail)
    Natalie C. Clayton, Esquire (Via Electronic Mail)
    Michael A. Sitzman, Esquire (Via Electronic Mail)