IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-409 (LPS) (CJB) ) ) |
| ACTAVIS MID ATLANTIC LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Second Supplemental Response to Defendant Actavis's Interrogatory No. 6* were caused to be served on October 19, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire  *VIA ELECTRONIC MAIL*
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Philippe Bennett, Esquire  *VIA ELECTRONIC MAIL*
Natalie C. Clayton, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire  *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

<table>
<tr><td>

OF COUNSEL:

Michael A. Sitzman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 254-0654

Josh Krevitt
Joseph Evall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Lauren Eber
Ellen Lin
Alexander Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7748

October 19, 2012
6571353.1

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Plaintiffs*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA 30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)