UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, DOW PHAMACEUTICAL SCIENCES, INC., and ALYZAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS MID ATLANTIC, LLC, <br><br> Defendant. | C.A. No. 1:11-cv-00409 (LPS) (CJB) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Actavis Mid Atlantic, LLC's Third Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatory No. 9 were served by electronic mail upon the following counsel of record on October 26, 2012:

Jack B. Blumenfeld, Esquire
E-mail: jblumenfeld@mnat.com
Jennifer Ying
E-mail: jying@mnat.com
Morris Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200


Joseph Evall, Esquire
E-mail: jevall@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Anne Y. Brody, Esquire
E-mail: abrody@gibsondunn.com
Tu-Quyen Pham, Esquire
E-mail: tpham@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Michael Sitzman, Esquire
E-mail: msitzman@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200

                    PROCTOR HEYMAN LLP

                    */s/ Dominick T. Gattuso*
                    Dominick T. Gattuso (# 3630)
                    E-mail: dgattuso@proctorheyman.com
                    300 Delaware Avenue, Suite 200
                    Wilmington, DE 19801
                    (302) 472-7300

                    Attorneys for Defendant Actavis Mid Atlantic LLC

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email: philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY 10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email: joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: October 31, 2012