UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, DOW PHAMACEUTICAL SCIENCES, INC., and ALYZAN, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>ACTAVIS MID ATLANTIC, LLC,<br><br>                Defendant. | C.A. No. 1:11-cv-00409 (LPS) (CJB)<br><br>**JURY TRIAL DEMANDED** |

## **AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 counsel of record for Actavis Mid Atlantic LLC certifies that to the best of my knowledge and belief:

Actavis Mid Atlantic LLC is a single member limited liability company organized and existing under the laws of the State of Delaware. Actavis Inc., a corporation organized and existing under the laws of the State of Delaware, is the sole member of Actavis Mid Atlantic LLC. Actavis Inc. is wholly-owned by Actavis US Holding LLC, a limited liability company organized and existing under the laws of the State of Delaware. Actavis US Holding LLC is wholly-owned by Watson Pharmaceuticals, Inc. ("Watson"), a Nevada publicly traded company, and, thus, Watson indirectly owns ten percent (10%) or more of Actavis Inc.'s stock.

These representations are made in order that judges of this court may determine the need for recusal.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Actavis Mid Atlantic LLC

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email: philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY 10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email: joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: December 3, 2012