IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, and DOW PHARMACEUTICAL SCIENCES, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 11-409 (LPS) (CJB)<br>)<br>) |
| ACTAVIS MID ATLANTIC LLC, | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Second Expert Report of Dr. Joel L. Zatz, Ph.D. with Exhibits A through N*; and (2) *Expert Report of John C. Jarosz with Exhibits A through XX* were caused to be served on December 19, 2012, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                                VIA ELECTRONIC MAIL
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801

Natalie C. Clayton, Esquire                                                 VIA ELECTRONIC MAIL
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387

Joseph J. Gleason, Esquire                                                  VIA ELECTRONIC MAIL
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4200
Atlanta, GA  30309-3424

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jennifer Ying* |
|  | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 1 9899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jying@mnat.com |
|  | *Attorneys for Plaintiffs* |
| OF COUNSEL: | |
| Michael A. Sitzman<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>(415) 254-0654 | |
| Josh Krevitt<br>Joseph Evall<br>Daniel J. Thomasch<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 351-4000 | |
| Lauren Eber<br>Ellen Lin<br>Alexander Swanson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>(213) 229-7748 | |
| December 19, 2012 | |

6876193.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Philippe Bennett, Esquire<br>Natalie C. Clayton, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016-1387 | *VIA ELECTRONIC MAIL* |
| Joseph J. Gleason, Esquire<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 W. Peachtree Street, Suite 4200<br>Atlanta, GA 30309-3424 | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)