UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL | ) | |
| CORPORATION and DOW | ) | |
| PHARMACEUTICAL SCIENCES, INC., | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | |
| | ) | 1:11-CV-00409 (LPS) (CJB) |
| v. | ) | |
| | ) | |
| ACTAVIS MID ATLANTIC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT ACTAVIS MID ATLANTIC, LLC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF
U.S. PATENT NO. 6,383,383**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Actavis

Mid Atlantic, LLC hereby moves the Court for Partial Summary Judgment against

Plaintiffs Medicis Pharmaceutical Corporation and Dow Pharmaceutical Sciences, Inc..

A form of Order is attached hereto, and the Memorandum of Law in Support of

Defendant Actavis Mid Atlantic, LLC's Motion for Partial Summary Judgment of

Noninfringement of U.S. Patent No. 6,383,383 is submitted contemporaneously herewith.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant

OF COUNSEL:

ALSTON & BIRD LLP
Philippe Bennett
Email: philippe.bennett@alston.com
Natalie C. Clayton
Email: natalie.clayton@alston.com
90 Park Avenue, Suite #1200
New York, NY  10016
(212) 210-9559

ALSTON & BIRD LLP
Joseph J. Gleason
Email:  joe.gleason@alston.com
1201 W. Peachtree Street
Atlanta, GA  30309
(404) 881-7000


Dated:  March 1, 2013